**Motion 722 (01/20)**

☐ Check if this is an amended filing

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re  Eric L. Tyson  )  Case No.  20-50285
)  Chapter 7
)  Judge  John E. Hoffman, Jr.
Debtor/s

## MOTION TO REDEEM A MOTOR VEHICLE

Eric L. Tyson (the "Debtor," whether individually or collectively) moves the court, pursuant to 11 U.S.C. § 722, for an order permitting the Debtor to redeem a motor vehicle from a lien securing a dischargeable consumer debt by paying the holder of the lien the amount of the allowed secured claim in full at the time of the redemption. The lienholder is Bridgecrest Acceptance Corp. (the "Creditor").

### Memorandum In Support

(1) The lien encumbers a 2013 Chrysler 200 (the "Vehicle"), which is intended primarily for personal, family or household use.

(2) The fair market value of the Vehicle is $ 3,945.00 based on the attached appraisal. The valuation / appraisal is attached to this motion as Exhibit A. *See* Local Bankruptcy Rule 6008-1. If this amount is less than the valuation stated in the guide or appraisal, the Debtor explains the difference in the following manner: N/A

(3) The Debtor requests to redeem the Vehicle by paying Creditor $ 3,945.00 within thirty (30) days of the court's entry of an order granting the requested relief. Within thirty (30) days of the receipt of such payment, the Creditor shall provide to the Debtor the title to the Vehicle with the Creditor's lien noted as canceled.

(4) The Vehicle is listed as exempt in the Debtor's schedules or has been abandoned pursuant to 11 U.S.C. § 554.

WHEREFORE, the Debtor requests that the court grant the Motion to Redeem a Motor Vehicle.

Respectfully submitted,

/s/ Louis F. Kort
Louis F. Kort  0010297
Louis F. Kort Co., LPA
338 South High Street
Columbus, OH  43215
Ph: (614) 806-2474
Fx: (614) 572-0125
lfkort@aol.com

**Motion 722 (01/20)**

<u>Notice of Motion</u>

The Debtor has filed a Motion to Redeem a Motor Vehicle.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by first class mail to:

United States Bankruptcy Court, 170 North High Street, Columbus, Ohio  43215

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to:

Louis F. Kort, Attorney at Law, 338 South High Street, Columbus, OH  43215

Christal L. Caudill, 3757 Attucks Drive, Powell, OH 43065

Office of the US Trustee, 170 N. High Street, Suite 200, Columbus, OH 43215-2403

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief without further hearing or notice.

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing <u>Motion to Redeem a Motor Vehicle</u> was served electronically on the date of filing through the court's ECF system on all ECF participants registered in this case at the email address registered with the court and

by first class mail on      August 6, 2020      addressed to:

Bridgecrest, P. O. Box 29018, Phoenix, AZ  85038-9018

*[For parties served other than by first class mail pursuant to Federal Rule of Bankruptcy Procedure 7004, add the following language.]*

by           Certified Mail           on      August 6, 2020      addressed to:

**Motion 722 (01/20)**

    Corporate Officer
    Bridgecrest
    7300 East Hampton Avenue
    Suite 100
    Mesa, AZ  85209

*[For parties served using a Third-Party Notice Provider approved by the Administrative Office of the United States Courts pursuant to Federal Rules of Bankruptcy Procedure 9001(9) and 2002(g)(4), add the following language.]*

    and the creditors and parties in interest as shown on the _____N/A_____ Declaration of Mailing and Certificate of Service on _____ .

                                              /s/ Louis F. Kort_____
                                              Louis F. Kort   0010297
                                              Louis F. Kort Co., LPA
                                              338 South High Street
                                              Columbus, OH  43215
                                              Ph: (614) 806-2474
                                              Fx: (614) 572-0125
                                              lfkort@aol.com

| | | | Prepared As Of: | 2/24/2020 12:00:00 AM |
|---|---|---|---|---|
| Owner Name: | Eric Tyson | | | |
| Vehicle Description: | 2013 | Chrysler | 200 Sedan 4D Touring I4 | |
| | Year | Make | Model | |
| 1C3CCBBB8DN567391 | | 72,001 | | Blue |
| Serial Number (VIN) | | Mileage | Plate | Color |

| | No | Yes | | No | Yes | | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☒ | ☐ | Radio | ☐ | ☒ |
| Theft Deterrent | ☐ | ☒ | Manual | ☒ | ☐ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☒ | ☐ | 4WD/AWD | ☐ | ☒ |
| Power Seats | ☐ | ☒ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

Other Items:

| | Good | Fair | Poor | | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☒ | ☐ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☒ | ☐ |
| Right Door | ☐ | ☐ | ☒ | Engine | ☐ | ☒ | ☐ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☒ | ☐ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☒ | ☐ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☐ | ☒ |
| Roof | ☐ | ☒ | ☐ | | | | |

Comments: Scratches on right rear door, interior needs reconditioning, needs 2 new tires

## Valuation Report: Based on Edmunds Retail

| | Value |
|---|---|
| Average Base Value: | $5,020.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
| Scratch Repair | -$225.00 |
| Interior Reconditioning | -$500.00 |
| 2 Tires | -$350.00 |
| | - |
| | - |
| **Appraised Value:** | **$3,945.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/ Linda Welsh
Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539